UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:18-mj-01517-JSS

DEONTE M. BAKER
_____/

## ORDER OF DETENTION PENDING TRIAL

THIS MATTER is before the Court upon the Government's motion to detain Defendant pursuant to 18 U.S.C. § 3142 at the initial appearance held on May 18, 2018, and Defendant's Motion to Reserve on the Matter of Pretrial Release and to Vacate Hearing filed on May 23, 2018. (Dkt. 12.) In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a bail hearing has been offered but waived. This Court concludes that the following facts require the detention of Defendant, Deonte M. Baker, pending further order of the court.

Defendant is charged in a Criminal Complaint with money laundering and conspiracy to distribute cocaine in violation of 18 U.S.C. § 1956(a) and (h) and 21 U.S.C. § 846. At present, Defendant does not challenge the Government's request for detention but seeks only the opportunity to revisit the matter in the future should circumstances warrant. (Dkt. 12.) Given that there are no circumstances available to the Court that would allow for Defendant's release and assure his future appearance in court, it is hereby **ORDERED** that Defendant's Motion to Reserve on the Matter of Pretrial Release and to Vacate Hearing (Dkt. 12) is **GRANTED** and Defendant be **DETAINED**. Leave is granted for Defendant to revisit the Court's Order of Detention should circumstances warrant such reconsideration.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from

persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

**DONE** and **ORDERED** in Tampa, Florida, on May 24, 2018.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Pretrial Services
United States Marshals Service